UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PARAMOUNT PICTURES CORPORATION,** | § § § § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL ACTION NO. H-04-03488** |
| | § | |
| **JOHNSON BROADCASTING INC,** | § § § | |
| **Defendant.** | § | |

## MEMORANDUM AND ORDER

The Court has been informed that the parties to this lawsuit have reached a settlement. The trial date of May 30, 2006 is **VACATED**, and all pending motions are **DENIED AS MOOT**. Within sixty (60) days of this Order, the parties shall file a joint motion indicating that they have documented the settlement, at which time the case shall be dismissed.

**IT IS SO ORDERED**.

**SIGNED** this 23rd day of May, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT